**United States District Court**
**District of Nevada (Reno)**
**CIVIL DOCKET FOR CASE #: 3:15−cv−00267−HDM−VPC**

| | |
|---|---|
| Computer Sciences Corporation v. Cognizant Technology Solutions U.S. Corporation et al | Date Filed: 05/20/2015 |
| Assigned to: Judge Howard D. McKibben | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Valerie P. Cooke | Nature of Suit: 190 Contract: Other |
| Case in other court: Second Judicial District Court, County of Washoe, CV−15−00856 | Jurisdiction: Diversity |
| Cause: 28:1441 Petition for Removal− Breach of Contract | |

**Plaintiff**

| | | |
|---|---|---|
| **Computer Sciences Corporation** | represented by | **Ann Morgan** <br> Fennemore Craig Jones Vargas <br> 300 E Second Street <br> Suite 1510 <br> Reno, NV 89501 <br> 775−788−2200 <br> Fax: 775−788−2286 <br> Email: amorgan@fclaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **David H. Pace , Jr.** <br> Sumner, Schick &Pace <br> 3811 Turtle Creek Blvd. <br> Suite 600 <br> Dallas, TX 75219 <br> 214−965−9229 <br> Fax: 214−965−9215 <br> Email: dpace@sumnerschick.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **David C. Schick** <br> Sumner Schick &Pace <br> 3811 Turtle Creek Blvd Ste 600 <br> Dallas, TX 75219 <br> Email: dschick@sumnerschick.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Gayle Boone** <br> Sumner Schick &Pace <br> 3811 Turtle Creek Blvd Ste 600 <br> Dallas, TX 75219 <br> 214−965−9229 <br> Fax: 214−965−9215 <br> Email: gboone@sumnerschick.com <br> *LEAD ATTORNEY* |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal Steve Sumner**
Sumner, Schick &Pace
3811 Turtle Creek Blvd.
Suite 600
Dallas, TX 75219
214−965−9229
Fax: 214−965-9215
Email: ssumner@sumnerschick.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin V. Sumner**
Sumner, Schick &Pace
3811 Turtle Creek Blvd Ste 600
Dallas, TX 75219
214−965−9229
Fax: 214−965-9215
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon S. Pierce**
Fennemore Craig Jones Vargas
300 E. 2nd Street
Suite 1510
Reno, NV 89501
775−788−2200
Fax: 775−786−1177
Email: spierce@fclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Cognizant Technology Solutions U.S. Corporation** | represented by | **Michael J. Sheehan** DLA PIPER (US) 203 North LaSalle St Suite 1900 Chicago, IL 60601 312−368−7024 Fax: 312−251−5854 Email: michael.sheehan@dlapiper.com *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Ankoor Bagchi**
DLA PIPER LLP (US)

        203 N. LaSalle Street
Suite 1900
Chicago, IL 60601–1293
312–368–4054
Fax: 312–251–5844
Email: ankoor.bagchi@dlapiper.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D Kircher**
Lawrence J. Semenza, III, P.C.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
702–835–6803
Fax: 702–920–8669
Email: cdk@semenzalaw.com
*ATTORNEY TO BE NOTICED*

**Lawrence J Semenza , III**
Lawrence J. Semenza, III, P.C.
10161 Park Run Drive
Suite 150
Las Vegas, NV 89145
702–835–6803
Fax: 702–920–8669
Email: ljs@semenzalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Maguire**      represented by    **Michael J. Sheehan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ankoor Bagchi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D Kircher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J Semenza , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2015 | Ï 1 | PETITION FOR REMOVAL *OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441* (Filing fee $ 400 receipt number 0978–3671232), filed by John Macguire, Cognizant Technology Solutions U.S. Corporation. Certificate of Interested Parties due by 5/30/2015. (Attachments: #1 Civil |

| | | |
|---|---|---|
| | | Cover Sheet) (Semenza, Lawrence) (Entered: 05/20/2015) |
| 05/20/2015 | 1 | Case assigned to District Judge Howard D. McKibben and Magistrate Judge Valerie P. Cooke. (WJ) (Entered: 05/20/2015) |
| 05/20/2015 | 2 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10−2. Counsel Michael J. Sheehan to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov/Forms.aspx.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney(s). Verified Petition due by 7/4/2015. **(no image attached)** (WJ) (Entered: 05/20/2015) |
| 05/20/2015 | 3 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10−2. Counsel Ankoor Bagchi to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov/Forms.aspx.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney(s). Verified Petition due by 7/4/2015. **(no image attached)** (WJ) (Entered: 05/20/2015) |
| 05/21/2015 | 4 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Howard D. McKibben, on 5/21/2015. Statement regarding removed action is due by 6/8/2015. Joint Status Report regarding removed action is due by 6/23/2015. (Copies have been distributed pursuant to the NEF – KR) (Entered: 05/21/2015) |
| 05/27/2015 | 5 | MOTION to Dismiss by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. Responses due by 6/13/2015. (Semenza, Lawrence) (Entered: 05/27/2015) |
| 06/02/2015 | 6 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 6/2/2015. By Deputy Clerk: LGM. A case management conference is set for **6/24/2015** at **02:00 PM** in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Out−of−state and out−of−town counsel shall be allowed to appear telephonically for this hearing and shall advise Lisa Mann at (775)686−5653 at least two (2) days prior of the telephone number at which counsel can be reached for this case management conference. The parties shall jointly file a case management report by no later than the close of business on **Monday, June 15, 2015**. See the attached order for specifications. (Copies have been distributed pursuant to the NEF – LGM) (Entered: 06/02/2015) |
| 06/03/2015 | 7 | Mail Returned as Undeliverable re 4 Minute Order re Removal, addressed to Michael J. Sheehan. (JC) (Entered: 06/03/2015) |
| 06/04/2015 | 8 | STATEMENT RE: REMOVAL *Removal Statement* filed by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. (Semenza, Lawrence) (Entered: 06/04/2015) |
| 06/12/2015 | 9 | RESPONSE to 5 Motion to Dismiss, filed by Plaintiff Computer Sciences Corporation. Replies due by 6/22/2015. (Pierce, Shannon) (Entered: 06/12/2015) |
| 06/15/2015 | 10 | PROPOSED Discovery Plan/Scheduling Order filed by Plaintiff Computer Sciences Corporation *Special Scheduling Review Requested*. (Pierce, Shannon) (Entered: 06/15/2015) |
| 06/15/2015 | 11 | STATUS REPORT *Plaintiff's Case Management Report* by Plaintiff Computer Sciences Corporation. (Pierce, Shannon) (Entered: 06/15/2015) |

| | | |
|---|---|---|
| 06/15/2015 | 12 | STATUS REPORT RE: REMOVAL *Defendants' Proposed Case Management Report* filed by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. (Semenza, Lawrence) (Entered: 06/15/2015) |
| 06/22/2015 | 13 | REPLY to Response to 5 Motion to Dismiss filed by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. *REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS MOTION TO DISMISS* (Semenza, Lawrence) (Entered: 06/22/2015) |
| 06/22/2015 | 14 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Gayle A. Boone and DESIGNATION of Local Counsel Ann Morgan (Filing fee $ 250 receipt number 0978−3709309) filed by Plaintiff Computer Sciences Corporation . (Morgan, Ann) (Entered: 06/22/2015) |
| 06/22/2015 | 15 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Hal S. Sumner and DESIGNATION of Local Counsel Ann Morgan (Filing fee $ 250 receipt number 0978−3709327) filed by Plaintiff Computer Sciences Corporation . (Morgan, Ann) (Entered: 06/22/2015) |
| 06/22/2015 | 16 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Justin V. Sumner and DESIGNATION of Local Counsel Ann Morgan (Filing fee $ 250 receipt number 0978−3709333) filed by Plaintiff Computer Sciences Corporation . (Morgan, Ann) (Entered: 06/22/2015) |
| 06/22/2015 | 17 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by David C. Schick and DESIGNATION of Local Counsel Ann Morgan (Filing fee $ 250 receipt number 0978−3709339) filed by Plaintiff Computer Sciences Corporation . (Morgan, Ann) (Entered: 06/22/2015) |
| 06/22/2015 | 18 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Michael J. Sheehan and DESIGNATION of Local Counsel Lawrence J. Semenza, III (Filing fee $ 250 receipt number 0978−3709742) by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. (Semenza, Lawrence) (Entered: 06/22/2015) |
| 06/22/2015 | 19 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ankoor Bagchi and DESIGNATION of Local Counsel Lawrence J. Semenzaa, III (Filing fee $ 250 receipt number 0978−3709757) by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. (Semenza, Lawrence) (Entered: 06/22/2015) |
| 06/22/2015 | 20 | STATUS REPORT RE: REMOVAL *Joint Status Report* filed by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. (Semenza, Lawrence) (Entered: 06/22/2015) |
| 06/23/2015 | 21 | ORDER **approving** 16 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Justin V. Sumner for Computer Sciences Corporation, and approving Designation of Local Counsel. Signed by Judge Howard D. McKibben on 6/23/2015. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF − KR) (Entered: 06/23/2015) |
| 06/23/2015 | 22 | ORDER **approving** 15 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Hal S. Sumner for Computer Sciences Corporation, and approving Designation of Local Counsel. Signed by Judge Howard D. McKibben on 6/23/2015. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF − KR) (Entered: 06/23/2015) |
| 06/23/2015 | 23 | |

| | | |
|---|---|---|
| | | ORDER **approving** 14 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Gayle A. Boone for Computer Sciences Corporation, and approving Designation of Local Counsel. Signed by Judge Howard D. McKibben on 6/23/2015. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – KR) (Entered: 06/23/2015) |
| 06/23/2015 | 24 | ORDER **approving** 17 Verified Petition for Permission to Practice Pro Hac Vice for Attorney David C. Schick for Computer Sciences Corporation, and approving Designation of Local Counsel. Signed by Judge Howard D. McKibben on 6/23/2015. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – KR) (Entered: 06/23/2015) |
| 06/23/2015 | 25 | ORDER **approving** 18 Verified Petition for Permission to Practice Pro Hac Vice by Michael J. Sheehan for Cognizant Technology and John Maguire, and approving Designation of Local Counsel. Signed by Judge Howard D. McKibben on 6/23/2015. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – KR) (Entered: 06/23/2015) |
| 06/23/2015 | 26 | ORDER **approving** 19 Verified Petition for Permission to Practice Pro Hac Vice by Ankoor Bagchi for Cognizant Technology, and approving Designation of Local Counsel. Signed by Judge Howard D. McKibben on 6/23/2015. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – KR) (Entered: 06/23/2015) |
| 06/24/2015 | 27 | MINUTES OF PROCEEDINGS – Case Management Conference held on 6/24/2015 before Magistrate Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; Pla Counsel: *Shannon Pierce and (By telephone) David Schick*; Def Counsel: *Ankoor Bagchi and Lawrence Semenza (Both by telephone)*; Court Reporter/FTR #: *2:02:08 – 2:29:46*; Time of Hearing: *2:02 p.m.*; Courtroom: *1*; The Court approves and signs the plaintiff's proposed discovery plan and scheduling order 10 in open court. Counsel shall file a notice by no later than **Wednesday, July 1, 2015**, advising whether they are interested in scheduling monthly case management conferences and/or a settlement conference. See the attached order for specifications. (Copies have been distributed pursuant to the NEF – LGM) (Entered: 06/26/2015) |
| 06/24/2015 | 28 | SCHEDULING ORDER re 10 Proposed Order. Discovery due by 11/16/2015. Motions due by 12/16/2015. Proposed Joint Pretrial Order due by 1/15/2016. Signed by Magistrate Judge Valerie P. Cooke on 6/24/2015. (Copies have been distributed pursuant to the NEF – KR) (Entered: 06/26/2015) |
| 06/29/2015 | 29 | NOTICE PURSUANT TO LOCAL RULE IB 2–2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference – Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website – www.nvd.uscourts.gov. **AO 85 Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (A copy of form AO 85 has been mailed to parties not receiving electronic service.)<br><br>NOTICE OF GENERAL ORDER 2013–1 AND OPPORTUNITY FOR EXPEDITED TRIAL SETTING: The parties in this action are provided with a link to General Order 2013–1 and the USDC Short Trial Rules on the Court's website – www.nvd.uscourts.gov. If the parties agree that this action can be ready for trial within 180 days and that a trial of this matter would take three (3) days or less, the parties should consider participation in the USDC Short Trial Program. If the parties wish to be considered for entry into the Court's Short Trial Program, they should execute |

| | | |
|---|---|---|
| | | and electronically file with USDC Short Trial Form 4(a)(1) or Form 4(a)(2). **(no image attached)** (KR) (Entered: 06/29/2015) |
| 07/01/2015 | 30 | NOTICE *Re: Case Management Conferences and Settlement Conference* by Computer Sciences Corporation. (Pierce, Shannon) (Entered: 07/01/2015) |
| 07/01/2015 | 31 | NOTICE *DEFENDANTS NOTICE REGARDING CASE MANAGEMENT CONFERENCES AND SETTLEMENT CONFERENCE SCHEDULING* by Cognizant Technology Solutions U.S. Corporation, John Maguire. (Semenza, Lawrence) (Entered: 07/01/2015) |
| 07/09/2015 | 32 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 7/9/2015. By Deputy Clerk: LGM. A telephonic status conference regarding plaintiff's notice re: case management conferences and settlement conference 30 and defendants' notice regarding case management conferences and settlement conference scheduling 31 is set for **7/16/2015** at **11:30 AM** in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Counsel shall dial **877−336−1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **access code** is **2809752** and the **security code** is **152670716**. IT IS SO ORDERED. **(no image attached)** (Copies have been distributed pursuant to the NEF – LGM) (Entered: 07/09/2015) |
| 07/16/2015 | 33 | MINUTES OF PROCEEDINGS – Telephonic Status Conference held on 7/16/2015 before Magistrate Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; Pla Counsel: *Gayle Boone and Shannon Pierce*; Def Counsel: *Ankoor Bagchi and Lawrence Semenza (Both by telephone)*; Court Reporter/FTR #: *11:32:26 – 11:41:26*; Time of Hearing: *11:32 a.m.*; Courtroom: *1*; The Court hears from counsel regarding scheduling case management conferences and/or a settlement conference in this case. If counsel wish to schedule a settlement conference, counsel shall contact the deputy court clerk for a date and file a stipulation requesting a settlement conference. If the Court believes a case management conference is warranted or if the parties request a case management conference, one will be scheduled. See the attached order for specifications. (Copies have been distributed pursuant to the NEF – LGM) (Entered: 07/20/2015) |
| 07/23/2015 | 34 | Mail Returned as Undeliverable re 27 Miscellaneous Hearing, 28 Scheduling Order, 29 Notices, addressed to Michael J Sheehan. (Attachments: # 1 Re 28 , # 2 Re 29 ) (JC) (Entered: 07/23/2015) |
| 07/28/2015 | 35 | MOTION to Stay by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. (Semenza, Lawrence) (Entered: 07/28/2015) |
| 07/28/2015 | 36 | Emergency MOTION to Stay re 35 Motion to Stay by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. (Semenza, Lawrence) (Entered: 07/28/2015) |
| 07/29/2015 | 37 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 7/29/2015. The court has reviewed (# 36 ) emergency motion to stay. Plaintiff shall have until 8/4/15 to file a response to defendants 36 emergency motion to stay. **Discovery shall be STAYED until court has ruled on 36 .** Thereafter court will determine if discovery will be further stayed until (# 35 ) motion to stay is decided. See order for specifics. (Copies have been distributed pursuant to the NEF – BLG) (Entered: 07/29/2015) |
| 08/04/2015 | 38 | RESPONSE to 35 Motion to Stay, 36 Motion to Stay, filed by Plaintiff Computer Sciences Corporation. Replies due by 8/14/2015. (Attachments: # 1 Affidavit)(Pierce, Shannon) (Entered: 08/04/2015) |
| 08/05/2015 | 39 | ERRATA to 38 Response to 35 Motion ; filed by Plaintiff Computer Sciences Corporation. (Attachments: # 1 Exhibit 2 to Affidavit of David Schick)(Pierce, Shannon) Modified on 8/6/2015 link added. (BLG). (Entered: 08/05/2015) |
| 08/10/2015 | 40 | |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | REPLY to Response to 36 Motion to Stay filed by Defendants Cognizant Technology Solutions U.S. Corporation, John Maguire. *REPLY IN SUPPORT OF EMERGENCY MOTION TO STAY* (Semenza, Lawrence) (Entered: 08/10/2015) |
| 08/10/2015 | 41 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 8/10/2015, **denying** 36 Emergency Motion to Stay. (Copies have been distributed pursuant to the NEF – JC) (Entered: 08/10/2015) |
| 08/10/2015 | 42 | (1st Notice) PURSUANT TO SPECIAL ORDER 109: that **David Pace, David C. Schick, Gayle A. Boone, Hal S. Sumner, Justin V. Sumner, and Michael J. Sheehan** are in violation of Special Order 109. **Participation in the electronic filing system became mandatory for all attorneys effective January 1, 2006.** You are required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) program and the electronic service of pleadings. Please visit the Court's website to register for CM/ECF. **(no image attached)** (JC) (Entered: 08/10/2015) |
| 08/13/2015 | 43 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10−2. Counsel David H. Pace to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov/Forms.aspx.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney(s). Verified Petition due by 9/27/2015. **(no image attached)** (BLG) (Entered: 08/13/2015) |
| 08/26/2015 | 44 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by David H. Pace, Jr. and DESIGNATION of Local Counsel Ann Morgan (Filing fee $ 250 receipt number 0978−3793114) filed by Plaintiff Computer Sciences Corporation . (Morgan, Ann) (Entered: 08/26/2015) |
| 08/27/2015 | 45 | ORDER **approving** 44 Verified Petition for Permission to Practice Pro Hac Vice for David H. Pace, Jr., and approving Designation of Local Counsel. Signed by Judge Howard D. McKibben on 8/27/15.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – JC) (Entered: 08/27/2015) |
| 09/17/2015 | 46 | STIPULATION FOR EXTENSION OF TIME (First Request) *re Extension of Discovery and Related Deadlines* by Plaintiff Computer Sciences Corporation. (Pierce, Shannon) (Entered: 09/17/2015) |
| 10/05/2015 | 47 | SCHEDULING ORDER approving 46 Stipulation. (Discovery due by 1/15/2016. Motions due by 2/15/2016. Proposed Joint Pretrial Order due by 3/15/2016.) Signed by Magistrate Judge Valerie P. Cooke on 10/5/15. (Copies have been distributed pursuant to the NEF – JC) (Entered: 10/06/2015) |
| 10/07/2015 | 48 | NOTICE PURSUANT TO LOCAL RULE IB 2−2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference – Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website – www.nvd.uscourts.gov. **AO 85 Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (A copy of form AO 85 has been mailed to parties not receiving electronic service.)<br><br>NOTICE OF GENERAL ORDER 2013−1 AND OPPORTUNITY FOR EXPEDITED TRIAL |

|  |  |  |
|---|---|---|
|  |  | SETTING: The parties in this action are provided with a link to General Order 2013–1 and the USDC Short Trial Rules on the Court's website – www.nvd.uscourts.gov. If the parties agree that this action can be ready for trial within 180 days and that a trial of this matter would take three (3) days or less, the parties should consider participation in the USDC Short Trial Program. If the parties wish to be considered for entry into the Court's Short Trial Program, they should execute and electronically file with USDC Short Trial Form 4(a)(1) or Form 4(a)(2).<br><br>**(no image attached)** (JC) (Entered: 10/07/2015) |
| 10/09/2015 | 49 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 10/9/2015, **denying** 35 Motion to Stay. (Copies have been distributed pursuant to the NEF – JC) (Entered: 10/09/2015) |
| 11/16/2015 | 50 | Joint STATUS REPORT *Joint Interim Status Report* by Plaintiff Computer Sciences Corporation. (Pierce, Shannon) (Entered: 11/16/2015) |
| 11/18/2015 | 51 | ORDER – The defendants' # 5 Motion to dismiss is **DENIED**. The alternative application to transfer this action to the United States District Court in the District of Virginia is **GRANTED**. The court will transfer this action to the Eastern District of Virginia. The parties may file any objections to the transfer to the Eastern District of Virginia rather than the Western District of Virginia on or before **November 23, 2015**. Transfer of this action will be stayed pending the filing of any timely objections. Should no objections be filed the action will be transferred on November 25, 2015. Signed by Judge Howard D. McKibben on 11/18/2015. (Copies have been distributed pursuant to the NEF – DRM) (Entered: 11/18/2015) |
| 11/25/2015 | 52 | ORDER transferring case to Eastern District of Virginia. Signed by Judge Howard D. McKibben on 11/25/15. (Copies have been distributed pursuant to the NEF – JC) (Entered: 11/25/2015) |