# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| Computer Sciences Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Cognizant Technology Solutions U.S. Corporation, and John Maguire,<br><br>    Defendants. | Case No. **1:15-cv-01594-AJT-JFA**<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Computer Sciences Corporation, Plaintiff, and Cognizant Technology Solutions US Corporation and John Maguire, Defendants, hereby stipulate to dismiss the above-captioned matter without prejudice in its entirety, and without costs to either party, and with each party bearing its own attorneys' fees.

Date:  December 4, 2015

Respectfully submitted,

/s/ J. David Folds
J. David Folds, VSB No. 44068
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
901 K Street, N.W., Suite 900
Washington, DC 20001
Tel:  (202) 508-3441
Fax: (202) 508-2241
dfolds@bakerdonelson.com

 - and -

Steve Sumner
State Bar of Texas No. 19508500
E-Mail: ssumner@sumnerschick.com
David Schick
State Bar of Texas No. 17745700
E-Mail: dschick@sumnerschick.com

Gayle Boone
State Bar of Texas No. 02628500
E-Mail: gboone@sumnerschick.com

**Sumner, Schick & Pace, LLP**
3811 Turtle Creek Blvd., Suite 600
Dallas, Texas 75219
Office: (214) 965-9229
Facsimile: (214) 965-9215

**ATTORNEYS FOR PLAINTIFF**

 - and -

/s/ Doug Hass_____
Michael J. Sheehan
Ankoor Bagchi
Doug Hass
DLA Piper, LLP
203 North LaSalle Street
Chicago, IL 60601-1293

and

Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Dr., Suite 150
Las Vegas, NV 89145

**ATTORNEYS FOR DEFENDANTS**